DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant, v. ARDEN C. LIBBY, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of the Voluntary Dissolution of OLD NEW YORK BAR & GRILL, INC., on the Application of WALTER BRAATZ, Stockholder Owning and Controlling Fifty Per Cent of the Capital Stock of Said Corporation. WALTER BRAATZ, Respondent; OLD NEW YORK BAR & GRILL, INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of UNITED STATES TRUST COMPANY OF NEW YORK for an Order Directing Payment of Surplus Rentals of Premises No. 75 Beekman Street, Borough of Manhattan, City of New York. UNITED STATES TRUST COMPANY OF NEW YORK, Respondent; RICHLAND REALTY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH TACKOFF, Appellant, v. IRVING TRUST COMPANY, Respondent, and Another, Defendant.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and motion denied as to items 4 and 5. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

AUDREY WELD, an Infant, by HELEN WELD, Her Guardian ad Litem, and HELEN WELD, Appellants, v. THE HOME FOR HEBREW INFANTS OF THE CITY OF NEW YORK, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

STEBBINS, LETERMAN & GATES, INC., Respondent, v. ALFRED C. BLUMENTHAL, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CELESTE SCHELLER and Another, Respondents, v. THE 871 SEVENTH AVENUE HOTEL CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.